MICHELE BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS VALDEZ CASTENEDA,<br>CARLOS GERMAN FIERRO, and<br>ALEJANDRO SOTO-MARES,<br><br>Defendants. | CASE NO. 1:25-MJ-00014-BAM<br><br>**ORDER TO REDACT INFORMATION CONTAINED IN COMPLAINT AND UNSEAL** |

Upon Application of the United States of America, and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, that the complaint and arrest warrants shall be redacted as to:

1. Telephone numbers belonging to defendants and the confidential victims; and

2. Sensative information contained in Paragraph 7 and footnote 1 of the affidavit.

It is further ORDERED that the redacted complaint and arrest warrants be UNSEALED.

Dated: 2/28/25

*B. McAuliffe*
The Honorable Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

1